United States District Court
Southern District of Texas
FILED
APR 30 1997
Michael N. Milby, Clerk of Court

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|
| Name of Movant FELIPE MOLINA URIBE | Prisoner No. 39209-079 | Case No. B-87-01-S1 |

Place of Confinement USP - LOMPOC, 3901 KLEIN BLVD., LOMPOC, CA 93936

UNITED STATES OF AMERICA   V.   **FELIPE MOLINA URIBE**
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION.__

2. Date of judgment of conviction __APRIL 13, 1987, ON COUNTS ONE AND TWO; APRIL 16, 1987 ON COUNTS 3 & 4__

3. Length of sentence __LIFE__

4. Nature of offense involved (all counts) __CONSPIRACY, 21 USC §846, POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA; 21 USC §841(a)(1), SUBSTANTIVE COUNT OF POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA; 18 USC §1111 & 1114, MURDER OF FEDERAL EMPLOYEE; 18 USC §924(C)(1), USE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE.__

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☒
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: __PETITIONER PLEADED GUILTY TO COUNTS ONE AND TWO, NOT GUILTY TO COUNTS THREE AND FOUR.__

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT__

   (b) Result __AFFIRMED IN PART AND REMANDED FOR REMOVAL OF SUPERVISED RELEASE.__

   (c) Date of result __AUGUST 24, 1988__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

    _____

    _____

    _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐ No ☒

    (5) Result __N/A__

    (6) Date of result __N/A__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

    _____

    _____

    _____

AO 243 (Rev. 5/85)

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

   (5) Result_____ N/A _____

   (6) Date of result _____ N/A _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
   (1) First petition, etc.      Yes ☐ No ☒
   (2) Second petition, etc      Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

   CAUTION. If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __PETITIONER RECEIVED INEFFECTIVE ASSISTANCE OF COUNSEL__

Supporting FACTS (state *briefly* without citing cases or law) __SEE MEMORANDUM ATTACHED__

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

AO 243 (Rev. 5/85)

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
    INEFFECTIVE ASSISTANCE OF COUNSEL NOT COGNIZABLE ON APPEAL

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  T.M. RAMIREZ, EDENBURG, TEXAS & JOSEPH A. CONNERS III
        McALLEN, TEXAS

    (b) At arraignment and plea _____ SAME

    (c) At trial _____ SAME

    (d) At sentencing _____ SAME

(6)

ClibPDF - www.fastio.com

AO 243 (Rev. 5/85)

(e) On appeal  SAME/ WITH — ROBERT F. CAMPBELL, ASSISTING

(f) In any post-conviction proceeding  NONE

(g) On appeal from any adverse ruling in a post-conviction proceeding
NONE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:
NONE

(b) Give date and length of the above sentence:
N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

PETITIONER PRO SE
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

APRIL 18, 1997
(date)

*Felipe Molina Uribe*
Signature of Movant
FELIPE MOLINA URIBE

(7)