lmv



United States District Court
Southern District of Texas
ENTERED

JUN 0 5 1997

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D

JUN 3 1997

Michael N. Milby, Clerk

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | * | |
| VS | * | C.A. NO. B 97 097 |
| UNITED STATES OF AMERICA | * | (Cr. No. B 87 001 S1 |

O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **August 4, 1997**.

DONE at Brownsville, Texas, this 3rd day of June, 1997.

Fidencio G. Garza, Jr.
United States Magistrate Judge

ClibPDF - www.fastio.com