```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

AUG 0 4 1997

Michael N. Milby, Clerk of Court

FELIPE MOLINA-URIBE, §
    Petitioner, §
                               §
vs.                               §      C.A. No. B-97-97
                               §
UNITED STATES OF AMERICA §
    Respondent §
C.R. No. B-87-01

## RESPONDENT'S MOTION FOR EXTENSION OF TIME

The United States of America ("the government") by the United States Attorney for the Southern District of Texas, moves for an extension of time to respond to petitioner Felipe Molina-Uribe's motion to vacate sentence.

I.

On June 3, 1997, this court directed the government to file its response to petitioner's motion to vacate, set aside or correct sentence on or before August 4, 1997. Since this court entered its order directing the government to respond, the undersigned has handled the preparation and filing of briefs and responses in the following cases: *United States v. Donald Brick*, C.A. C-97-28, filed June 3, 1997; *United States v. Roberto Sergio Salinas*, 97-40029 filed June 6, 1997; *United States v. Santiago*, C.A. H-97-1282 filed June 13, 1997; *United States v. Jesus Rojo*, No. 96-20829, filed June 23, 1997; *United States v Lebaron*, No. H-92-177, filed June 27, 1997; *United States v. Barlow*, C.R., H-92-177, filed July 1, 1997, *United States v. Ricardo Rios*, C.R. No. C-94-218, filed July 1, 1997, *United States v. Modesto Rios*, C.A. H-96-1460, filed July 7, 1997, *United States v. Douglas Ray Stevens*,

C.R. C-93-115, filed July 15, 1997, *United States v. David Harold Simkins*, C.R. No. H-89-420, filed July 14, 1997, and *United States v. Manuel Reyes-Cruz*, 96-41032 filed July 25, 1997.

In addition, to effectively assist the court in properly resolving the issues raised by Felipe Molina-Uribe, the government must review the motion in depth as well as the portions of the record upon which Molina-Uribe relies. Accordingly, the undersigned respectfully requests that this court grant it a 14-day extension of time, to and including August 18, 1997, in order to permit it a sufficient opportunity to analyze the issues and to prepare an adequate response.

    Respectfully submitted,

    GAYNELLE GRIFFIN JONES
    United States Attorney

    *Ricardo Lara* (signature)

    PAULA C. OFFENHAUSER
    Assistant United States Attorney
    P.O. Box 61129
    Houston, Texas 77208-1229
    (713) 567-9102

## CERTIFICATE OF SERVICE

I, Paula C. Offenhauser, Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing has been served by placing same in the United States mail, postage prepaid, on this day, August 4, 1997, addressed to:

Felipe Molina Uribe
Reg NO 39209-079
USP Lompoc
3901 Klein Blvd
Lompoc, CA 93936

PAULA C. OFFENHAUSER
Assistant U.S. Attorney