Case 1:97-cv-00097   Document 5   Filed in TXSD on 08/13/1997   Page 1 of 1

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 1997

ichael N. Milby, Clerk of Court
/ Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 1 3 1997

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIPE MOLINA-URIBE,
    Petitioner,

vs.

UNITED STATES OF AMERICA
    Respondent
C.R. No.  B-87-01

§
§
§
§
§
§
§

C.A. No.  B-97-97

ORDER

    It is hereby ORDERED that the Government's Motion for an extension of time to answer Felipe Molina Uribe's Motion to Vacate, Set Aside or Correct Sentence is hereby GRANTED.

    SIGNED this ___13th___ day of ___August___, 1997 at Brownsville, Texas.

UNITED STATES MAGISTRIATE JUDGE