UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | * | |
| VS | * | C.A. NO. B97 097 |
| UNITED STATES OF AMERICA | * | (Cr. No. B87 001) |

FELIPE MOLINA-URIBE, Pro Se

United States Attorney (Paula C. Offenhauser, Assistant U.S. Attorney), Attorney for Respondent

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before this Court is a Petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255. The Honorable Filemon B. Vela, District Judge having jurisdiction over the above-styled and numbered proceedings, has directed his Court to consider this matter and file a report and recommendation herein.

Case 1:97-cv-00097   Document 8   Filed in TXSD on 12/01/1998   Page 2 of 3

2

On April 13, 1987, Petitioner pleaded guilty to two counts of his 4-count indictment. On April 16, 1987, following a jury trial, Petitioner was convicted on the remaining counts.

The conviction was affirmed on appeal, See United States v. Molina-Uribe, 853 F.2d 1193 (5th Cir. 1998) cert. denied 489 U.S. 1020 (1989). Almost eight years later, on April 30, 1997, the instant 28 U.S.C. § 2255 was filed.

On April 24, 1996, the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) was enacted. AEDPA amended § 2255 to impose a one-year limitation on filing petitions. Even under the most liberal reading of AEDPA's limitations, this Court would be compelled to find that Petitioner § 2255 claims are now time barred. Fields v. Johnson, 1998 WL 754901 ___ F.3d ___ (5th Cir. 1998).

Because of the foregoing, this Court recommends that Petitioner's Motion to Vacate, Set Aside or Correct Sentence be **denied** and this cause of action be **dismissed with prejudice**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a

copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Services Automobile Association</u>, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 1st day of December, 1998.

_____
John Wm. Black
United States Magistrate Judge