UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 18 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| FELIPE MOLINA-URIBE, )<br>    PETITIONER, )<br>)<br>VS. )<br>)<br>UNITED STATES OF AMERICA, )<br>    RESPONDENT. ) | C.A. NO. B97-097<br><br>(Cr. No. B87-001) |

PETITIONER'S OBJECTIONS TO THE

MAGISTRATE JUDGE'S REPORT

AND RECOMMENDATION

    Now comes the petitioner , Felipe Molina-Uribe , acting pro-se , in the above entitled matter and respectfully submit his objections to the Magistrate Judge John Wm. Black's Report and Recommendation that was entered on December 2, 1998.

    The petitioner enter the following objections:

    1). The petitioner contends that his 2255 motion was filed on time because the petitioner placed his 2255 motion in the prison mail box with postage prepaided and certified mailed his 2255 motion on or about April 18 , 1997.

    2). In Calderon v. U.S. Dist. Court For Central Dist. of Cal., 112 F.3d 386 (9th Cir. 1997), the Court held that the one year period did not begin to run for any state prisoner any earlier than the Act's effective date. The Appellate Court further upheld the District Court's equitable tolling of the one year deadline established in § 101 of the Act, moving the defendant's filing deadline to October 13, 1997. The counterpart to § 101 of the Act for federal prisoner is § 105 for filing § 2255 motions. The wording reads similar. The Court ruled that the Act's provision giving prisoner's just one year in which to seek federal habeas corpus relief

(1)

is a statute of limitations subject to equitable tolling , not an inflexible limitation on the jurisdiction of federal courts .

3). The petitioner contends that the Supreme Court held in Houston v. Lack , 487 U.S. , 101 L.Ed. 2d 245, 108 S.Ct. 2379 (1988), that the time for filing legal papers is satisfied at the moment they are placed in the United States Mail,, delivered to a private carrier for delivery , or delivered to prison authorities by an inmate . the petitioner contends that his § 2255 motion was timely filed .

WHEREFORE: the petitioner respectfully request that this Honorable Court will reconsider The Magistrate Judge Report and recommendation , and grant the petitioner an evidentiary hearing under Rule 8 of theRules governing § 2255 motions for his ineffective assistance of counsel claims , and any other relief that this Honorable Court deems just and proper .

DATED: DECEMBER 7 , 1998:

Respectfully submitted,

*Felipe Molina*
FELIPE MOLINA-URIBE, PRO-SE
#39209-079
BOX-PMB
ATLANTA , GEORGIA   30315

(2)

SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

SHI-1WCE-GPG1

30213/31393

## CERTIFICATE OF SERVICE

I, Felipe Molina-Uribe , 39209-079 , certify that a copy of the Petitioner's Objections To The Magistrate Judge's Report and Reco mendation , has been served by placing it in The United States Mail , postage prepaid , on December 7, 1998 , addressed to :

PAULA C. OFFENHAUSER
ASSISTANT U.S. ATTORNEY
910 TRAVIS , SUITE 1500
P.O. BOX 61129
HOUSTON , TEXAS  77208-1129

*Felipe Molina*
FELIPE MILINA-URIBE#39209-079