10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 24 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | * | |
| VS | * | CIVIL ACTION NO. B97 097 |
| UNITED STATES OF AMERICA | * | (Criminal No. B87 001) |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that Petitioner's Motion to Vacate, Set Aside or Correct Sentence be **denied** and this cause of action be **dismissed with prejudice**.

DONE at Brownsville, Texas, this 22nd day of February of 1999.

Filemon B. Vela
United States District Judge