IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
APR 19 1999
MICHAEL N. MILBY, CLERK OF COURT

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE, | * | |
|     Defendant-Appellant, | * | CIVIL ACTION |
| versus | * | No: B97-097 |
| | * | CRIMINAL ACTION |
| UNITED STATES OF AMERICA, | * | No: B87-001 |
|     Respondent-Appellee. | * | |

## NOTICE OF APPEAL

    Notice is hereby given that FELIPE MOLINA-URIBE, Defendant-Appellant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an Order entered in this § 2255 proceeding on February 22, 1999.

    All interested parties are advised that a formal Application for Issue of a Certificate of Appealability is forthcoming, to be sent within five (5) days.

    The Clerk of the district court is directed to send to the Clerk of the Court of Appeals copies of all six volumes of trial transcripts, as well as all submissions filed in this § 2255 proceeding.

Respectfully submitted,

*Felipe Molina Uribe*

Felipe Molina-Uribe
Reg. No: 39209-079
USP Atlanta
Box PMB
Atlanta, GA 30315

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 19 1999   EC

MICHAEL N. MILBY, CLERK OF COURT

Felipe Molina-Uribe
Reg. No: 39209-079
USP Atlanta
Box PMB
Atlanta, GA  30315

April 14, 1999

U.S. District Court
Southern District of Texas
Office of the Clerk
P.O. Box 61010
Houston, Texas  77208

    RE:  **Felipe Molina-Uribe**, Case No.  B97-097, § 2255 Motion

Dear Clerk:

Please find enclosed for filing the original and three copies of a Notice of Appeal from the Order entered in the above-captioned § 2255 motion on February 22, 1999.  Also included is an additional copy to be stamped as filed and returned to me at the above address.

My sixty-day deadline to file the Notice of Appeal is nearing, so to avoid any future timeliness issues, I have included a certification as to the date the Notice of Appeal was deposited with prison authorities for mailing.

Respectfully submitted,

*Felipe Molina Uribe*
Felipe Molina-Uribe

## CERTIFICATION

    I, the above-signed Movant-Appellant, do hereby swear under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I sent the enclosed Notice of Appeal to the U.S. District Court for the Southern District of Texas on April 14, 1999, by placing same in the prison legal mailbox of USP Atlanta.