5/19/99 'd

United States District Court
Southern District of Texas
RECEIVED

MAY 24 1999

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
FILED

MAY 24 1999

Michael N. Milby
Clerk of Court

United States District Court
Deputy Clerk
U.S. District Court
P.O. Box 2299
Brownsville Texas 78522

RE: Civil Action
Nº: B97-097
Criminal Action
Nº: B87-001

Dear Clerk Of Court:

~~Motion to Extend Time~~

Notice was given after filing a notice of appeal That There is only (10) days for filing a Transcript order form.

Therfore, I would appreciate it very much if you could acept This letter document as a formal request for an Extention of (20) days.

My reazon for This requeast is Because I am Currentlly placed in a Segregation housing unit under administrative detention, without any of my legal material.

Thank you for your Consideration in This matter.

Respectfully Submitted,

Felipe Molina Uribe
Reg. Nº: 39209-079
U.S.P. Atlanta