14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil No. B-97-97 |
| UNITED STATES OF AMERICA | § | Crim. No. B-87-1 |
| Respondent. | § | |



United States District Court
Southern District of Texas
ENTERED
SEP 27 1999
Michael N. Milby
Clerk of Court
BY:

ORDER SETTING ASIDE ORDER OF DISMISSAL

Before this Court was Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. §2255 file stamped on the 30th day of April, 1997.  This Court dismissed Petitioner's Motion on the 24th day of February, 1999 adopting the Magistrate Judge's Report and Recommendation that Petitioner's motion was time-barred.  Petitioner then filed his Notice of Appeal on the 19th day of April, 1999 and an Application for Issuance of Certificate of Appealability on the 22nd day of April, 1999.

Upon review of the above mentioned Order of Dismissal and Report and Recommendation, it has come to this Court's attention that because of the petitioner's pro-se prisoner status, his petition, having been signed on the 18th day of April, 1997 and file stamped on the 30th day of April, 1997 could have been delivered to the prison authorities for mailing prior to the expiration of the statute of limitations as prescribed by *United States v. Flores*, 135 F.3d 1000 (5th Cir. 1998).

It is therefore **ORDERED** that the Order Dismissing Petitioner's Motion to Vacate, Set Aside or Correct Sentence is hereby **SET ASIDE** and this case is **RE-OPENED**. Further, this cause of action is referred to Magistrate Judge John Wm. Black for a recommendation on the merits of Petitioner's claims.

It therefore follows that at this time, Petitioner's Notice of Appeal and Application for Certificate of Appealability are rendered **moot**. All pending motions concerning the filing of said motions [12-1, 13-1] are **dismissed.**

**SO ORDERED.**

Signed this 27th day of September, 1999 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge