15

United States District Court
Southern District of Texas
Entered

SEP 28 1999

Michael N. Milby
Clerk of Court

By: [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § § | CIVIL ACTION NO. B-97-097 |
| VS. | § § | CRIMINAL NO. B-87-001 |
| UNITED STATES OF AMERICA | § § | |

## ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he is financially unable to employ counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

DONE at Brownsville, Texas, on September 28, 1999.

[signature]
John Wm. Black
United States Magistrate Judge