IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 99-40554

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

FELIPE MOLINA-URIBE

    Defendant - Appellant

U.S. COURT OF APPEALS
**FILED**
NOV 16 1999
CHARLES R. FULBRUGE III
CLERK

NOV 29 1999
Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed for want of prosecution for failure of appellant to prosecute within the time fixed by the rules, this date, November 16, 1999.

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: Dawn Shulin
    Dawn Shulin, Deputy Clerk

    FOR THE COURT - BY DIRECTION

DIS-2

NOV 16 1999