IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIPE MOLINA URIBE

V.                    CR. NO.   B-87-001
                      CIVIL NO. B-97-097

UNITED STATES OF AMERICA

## MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The defendant respectfully moves the Court to order the issuance of a WRIT OF HABEAS CORPUS AD TESTIFICANDUM without expense to him for the attendance of FELIPE MOLINA URIBE, who is now confined at the USP ATLANTA, ATLANTA, GEORGIA, instanter in Brownsville, Texas, and there to remain from day to day subject to the further order of the Court for the purpose of preparing for hearing in the above styled and numbered cause.

In support of this motion, the defendant represents that (1) he is financially unable to pay the cost and fees of the witness, his financial condition at the present being the same as it was when the Court found him eligible for appointed counsel, and (2) the presence of this witness is necessary to an adequate defense.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar Number 05314000

By _____
EDWARD A. STAPLETON
Asst. Federal Public Defender
Attorney-in-Charge
Texas State Bar Number 19058400
Southern District of Texas No. 1501
Post Office Box 2163
Brownsville, Tx. 78522-2163
Tel: (956)548-2573
Fax: (956)548-2574