United States District Court
Southern District of Texas
FILED

DEC 2 0 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIPE MOLINA-URIBE

V.                                                    CR. NO.   B-87-001
                                                      CIVIL NO. B-97-097

UNITED STATES OF AMERICA

### ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The defendant, FELIPE MOLINA-URIBE, having applied ex-parte for the issuance of WRIT OF HABEAS CORPUS AD TESTIFICANDUM without expense to him and having made satisfactory showing that he is financially unable to pay the fees of the witness and that the witness' presence is necessary to a full hearing of this case in that he is a material witness for the defense.

IT IS ORDERED that WRIT OF HABEAS CORPUS AD TESTIFICANDUM, to FELIPE MOLINA-URIBE, requiring his attendance instanter in Brownsville, Texas, be approved, that the Marshal's Office produce said witness and the cost incurred by the process and fees of the mentioned witness shall be paid in the same manner in which similar costs and fees are paid in case of witnesses on behalf of the Government.

DONE AND ORDERED at Brownsville, Texas, this the _20_ day of December, 1999.

_____
JUDGE PRESIDING