

THE HONORABLE, JOHN WM. BLACK, MAGISTRATE JUDGE PRESIDING

STATUS CONFERENCE

CIVIL ACTION NO. B-97-097      DATE & TIME 03-16-00 AT 1:30 P.M.

FELIPE MOLINA-URIBE              PLAINTIFF(S) EDWARD STAPLETON
                                 COUNSEL

VS

UNITED STATES OF AMERICA         DEFENDANT(S) MARK DOWD
                                 COUNSEL

---

ERO/COURTROOM DEPUTY: Irma A. Soto
Law Clerk            : Alexia Rodriguez

Edward Stapletong appeared for Plaintiff.  Mark Dowd, AUSA, appeared for Defendant.

Defendant requested three months for preparation.

Parties to get together and work up a scheduling order.