IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIPE MOLINA-URIBE

V.                                                           CRIMINAL NO.     B-87-001
                                                           CIVIL ACTION NO.  B-97-097

UNITED STATES OF AMERICA

## ORDER

On this day came on to be considered the Motion for Setting of Evidentiary Hearing on writ of habeas corpus in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)     All discovery in this case must be completed by **September 15, 2000**. If additional time is required, a motion requesting such extension must be filed no later than **September 1, 2000**. Failure to file such motion shall preclude further discovery.

(2)     All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)     A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **September 30, 2000**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4)     A final pretrial and settlement conference is set for **September 21, 2000 at 2:00 p.m.**

(5)     Final Pretrial is set for **October 5, 2000 at 8:30 a.m.** before Judge Filemon B. Vela. Jury Selection is set for **October 6, 2000 at 8:30 a.m.**

(6)     Trial on the merits is set for **October 2000**, docket call.

DONE at Brownsville, Texas, on this __1ST__ day of August, 2000.

HON. JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE