

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

SEP 1 3 2000

Michael N. Milby
Clerk of Court

FELIPE MOLINA-URIBE

V.                                    CRIMINAL NO.    B-87-001
                                      CIVIL ACTION NO. B-97-097 ✓

UNITED STATES OF AMERICA


UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FELIPE MOLINA-URIBE, defendant in the above named and numbered cause and moves this Honorable Court continue his Final Pretrial and Settlement conference set for September 21, 2000 at 2:00 p.m.; his Final Pretrial set for October 5, 2000 at 8:30 a.m.; Jury Selection set for October 6, 2000 at 8:30 a.m. and Trial on the merits set for October 2000 docket call to the November docket and for cause would show the following:

I.

Mark Dowd, Assistant United States Attorney does not oppose the continuance.

II.

Counsel for the defendant has illness in the family and feels that he should be present at the above hearings and so moves this Honorable Court grant the continuance until the November docket.

WHEREFORE, PREMISES CONSIDERED, defendant prays this Unopposed Motion for Continuance be granted.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar Number 05314000
Southern District of Texas No. 3198

By: _____
EDWARD A. STAPLETON
Assistant Federal Public Defender
Attorney in Charge
Texas State Bar Number 19058400
Southern District of Texas No. 1501
600 E. Harrison Street, #102
Brownsville, Texas 78520
Telephone: (956) 548-2573
Fax: (956) 548-2574

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2000, a copy of the foregoing Unopposed Motion for Continuance of the defendant FELIPE MOLINA-URIBE was hand delivered to Mark Dowd, U.S. Attorney's Office, 600 E. Harrison Street, #201, Brownsville, Texas.

_____
EDWARD A. STAPLETON
Assistant Federal Public Defender

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Assistant United States Attorney Mark Dowd regarding the Unopposed Motion For Continuance and Mr. Dowd stated that the Government does not oppose this motion.

_____
EDWARD A. STAPLETON
Assistant Federal Public Defender