23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

FELIPE MOLINA-URIBE

V.                                                        CRIMINAL NO.    B-87-001
                                                          CIVIL ACTION NO. B-97-097
UNITED STATES OF AMERICA

## ORDER RE-SETTING HEARINGS

This Court having considered the Unopposed Motion For Continuance of the defendant FELIPE MOLINA-URIBE in the above styled and numbered cause, hereby re-sets them for the following hearings:

FINAL PRETRIAL AND SETTLEMENT CONFERENCE is set for **October 30, 2000 at 2:00 p.m.**

FINAL PRETRIAL is set for **November 2, 2000 at 8:30 a.m. before Judge Filemon B. Vela.**

JURY SELECTION is set for **November 3, 2000 at 8:30 a.m. before Judge Filemon B. Vela.**

TRIAL ON THE MERITS is set for **November, 2000.**

Done this the **18th** day of September, 2000, at Brownsville, Texas.

_____
HON. JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE