24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

FELIPE MOLINA-URIBE

V.

UNITED STATES OF AMERICA

CRIMINAL NO.   B-87-001
CIVIL ACTION NO. B-97-097

O R D E R

The Court having considered the unopposed continuance of the defendant FELIPE MOLINA-URIBE in the above styled and numbered cause, hereby re-sets the hearing on Petitioner's Habeas Corpus to  DECEMBER 14, 2000  at  1:30 P.M  before the Honorable Magistrate Judge John William Black.

Pending hearing on this matter, it is hereby ordered that FELIPE MOLINA-URIBE be confined within the geographical area of the Brownsville Division to provide attorney-client access for preparation.

DONE this the  30TH  day of October, 2000, at Brownsville, Texas.

_____
HON. JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE