25

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

DEC 1 4 2000

HEARING ON PETITIONER'S HABEAS CORPUS

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-97-097    DATE & TIME: 12-14-00 AT 1:30 P.M.

FELIPE MOLINA-URIBE    PLAINTIFF(S) COUNSEL    EDWARD STAPLETON

VS.

UNITED STATES OF AMERICA    DEFENDANT(S) COUNSEL    NANCY MASSO

-------------------------------------------------------------------------------

Hearing was canceled.