26

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### ORDER

United States District Court
Southern District of Texas
ENTERED
JUN 2 1 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | |
| | § | CIVIL ACTION NO. B-97-097 |
| VS. | § | |
| | § | CRIMINAL NO. B-87-001 |
| UNITED STATES OF AMERICA | § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                 DATE AND TIME:

**AUGUST 7, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 21, 2001

TO:   MR. EDWARD STAPLETON
        MS. PAULA OFFENHAUSER

ClibPDF - www.fastio.com