27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | |
| | § | |
| V. | § | CR. NO. B-01-87-S1 |
| | § | CA. NO. B-97-097 |
| UNITED STATES OF AMERICA | § | |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Felipe Molina, by and through his attorney of record and files his Motion to Withdraw. For cause defendant would show the following:

This is a Habeas Corpus proceeding that was initiated on April 30, 1997. After an initial dismissal, an appeal and a reinstatement of the case, the Federal Public Defender was appointed to represent defendant on September 28, 1999. The case was assigned to Assistant Federal Public Defender, Edward Stapleton, III.

In July 2001, Assistant Federal Public Defender, Edward Stapleton left the Brownsville office of the Federal Public Defender and the case was reassigned to the undersigned, Assistant Federal Public Defender, Paul G. Hajjar.

Before his departure from the Brownsville office, Assistant Federal Public Defender Edward Stapleton III had filed Petitioner's Proposed Pre-trial Order. The Government filed its Proposed Joint Pre-trial Order on October 5, 2001 and an amended version was filed on January 2, 2002.

On January 16, 2002, a meeting was held between the Assistant United States Attorney, Mark Dowd and the Assistant Federal Public Defender, Paul G. Hajjar for the purpose of reading a final version of the Joint Pre-trial Order. At that meeting, the undersigned realized that the case was initially assigned to Magistrate Judge Garza and that he had previously worked on this case while being the law clerk in Judge Garza's Court.

A potential conflict of interest may be present and consequently the present motion to withdraw is being filed. Moreover, defendant requests the Court to appoint counsel who would be free from any potential conflict.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar Number 05314000
Southern District of Texas No. 3198

By: _____
PAUL G. HAJJAR
Assistant Federal Public Defender
Attorney-in-Charge
Texas State Bar No. 8716665
Southern District of Texas No. 23573
P.O. Box 2163
Brownsville, Texas 78522-2163
Telephone: (956) 548-2573
Fax:        (956) 548-2674

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2002, a copy of the foregoing Motion to Withdraw, was hand delivered to Mr. Mark Dowd, Assistant U.S. Attorney's Office, Southern District of Texas, 600 E. Harrison, #201, Brownsville, Texas; and a copy was hand delivered to the United States Probation Office.

_____
PAUL G. HAJJAR
Assistant Federal Public Defender

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Assistant United States Attorney Mark Dowd regarding this motion and Mr. Dowd has stated that the Government is not opposed to this motion.

_____
PAUL G. HAJJAR
Assistant Federal Public Defender

IN THE SOUTHERN DISTRICT OF TEXAS
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| FELIPE MOLINA-URIBE | § | |
| --- | --- | --- |
| | § | |
| V. | § | CR. NO. B-01-87-S1 |
| | § | CA. NO. B-97-097 |
| UNITED STATES OF AMERICA | § | |

O R D E R

This Court having considered the Motion to Withdraw in the above styled and numbered cause is of the opinion that it should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED**, that the Federal Public Defender's Office be substituted in the above styled and numbered cause and Attorney _____ is hereby appointed to represent the Defendant.

SO ORDERED this the _____ day of _____, 2002, at Brownsville, Texas.

_____
JUDGE PRESIDING