# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | |
| | § | CIVIL ACTION NO. B-97-097 |
| VS. | § | |
| | § | CRIMINAL NO. B-87-001 |
| UNITED STATES OF AMERICA | § | |

TYPE OF CASE     __X__ CIVIL                        ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PETITIONER'S HABEAS CORPUS**

PLACE

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO..

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME

**FEBRUARY 21, 2002 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 22, 2002

TO:     MR PAUL HAJJAR
        MS. PAULA OFFENHAUSER