IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | |
| | § | CIVIL ACTION NO. B-97-097 |
| VS. | § | |
| | § | CRIMINAL NO. B-87-001 |
| UNITED STATES OF AMERICA | § | |

## ORDER

This Court having considered the Motion to Withdraw in the above styled and numbered cause is of the opinion that it should be and is hereby **DENIED**.

DONE at Brownsville, Texas, on February 6, 2002.

John Wm. Black
United States Magistrate Judge