3/

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

FELIPE MOLINA-URIBE

V.

UNITED STATES OF AMERICA

CR. NO.   B-87-001
CIVIL NO. B-97-097

### ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The defendant, FELIPE MOLINA-URIBE, having applied ex-parte for the issuance of WRIT OF HABEAS CORPUS AD TESTIFICANDUM without expense to him and having made satisfactory showing that he is financially unable to pay the fees of the witness and that the witness' presence is necessary to a full hearing of this case in that he is a material witness for the defense.

IT IS ORDERED that WRIT OF HABEAS CORPUS AD TESTIFICANDUM, to FELIPE MOLINA-URIBE, requiring his attendance instanter in Brownsville, Texas, be approved, that the Marshal's Office produce said witness and the cost incurred by the process and fees of the mentioned witness shall be paid in the same manner in which similar costs and fees are paid in case of witnesses on behalf of the Government.

DONE AND ORDERED at Brownsville, Texas, this the 13th day of February, 2002.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FELIPE MOLINA-URIBE

V.                                          CR. NO.    B-87-001
                                            CIVIL NO.  B-97-097
UNITED STATES OF AMERICA

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: WARDEN, USP ATLANTA IN ATLANTA, GEORGIA.

TO: U.S. MARSHAL, Southern District of Texas, or any other
　　　　authorized U.S. Marshal

GREETINGS:

We command that you have the body of FELIPE MOLINA-URIBE, now duly committed to the custody of the WARDEN, USP ATLANTA IN ATLANTA, GEORGIA, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, instanter for the purpose of preparation for testimony in the above styled and numbered cause.

WITNESS the Hon. John Wm. Black, United States Magistrate Judge United States District Court for the Southern District of Texas, and the seal of the said Court at the city of Brownsville, Texas on this 14th day of February, 2002.

　　　　　　　　　　　　　　　　　　MICHAEL N. MILBY, CLERK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF TEXAS

　　　　　　　　　　　　　　　　　　By _Irma A. Soto_
　　　　　　　　　　　　　　　　　　　　　　　　　(Deputy)