To:   John Wm. Black
      U.S. Magistrate Judge          5-03-02

United States District Court
Southern District of Texas
FILED

MAY 1 3 2002

Michael N. Milby
Clerk of Court

From: Felipe Molina Uribe
      Civil Action    No. B-97-097
      Criminal Action No. B-87-001

Hello, Mr. Black.

With all due respect I'm addressing you, your Honor, begging God that your Honor hears my words, without becoming upset. My way of expressing them(sic) I make a lot of errors in my written statement because I've had very little schooling.

Your Honor, I'm bringing this problem to your attention concerning my evidentiary hearing, dated February 21 of this year, and it was postponed until future order (sic).

My worry, your Honor, is that I've been here in the county a little over two months, and no one is telling me anything, including my first attorney (Mr. Stapleton) whom I trusted (.) He was taken away from me 8 months ago, and this new one appointed by the court to represent me whose name is Paul Hajjar (sic), as of today's date I still haven't met him, and to be quite frank, Judge, I'm not really looking forward to meeting him, they remind me of my attorneys in 1987 (sic).

Judge, I'm a simple man who doesn't know how to express himself, and it's not at all my intention to harm anyone and I beg your forgiveness if any of my words... have offended anyone: I believe in justice in spite of the fact that I was treated unfairly like a terrible criminal and implacably sentenced: I honestly hope that true justice can be found in my case, but in order to obtain it I need a fair and just treatment concerning my defense. I'm asking (pleading) for your help so that my evidentiary hearing may be moved from the place where it's lying dormant.

                                        Respectfully,

                                        /s/ Felipe Molina