# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | |
| | § | CIVIL ACTION NO. B-97-097 |
| VS. | § | |
| | § | CRIMINAL NO. B-87-001 |
| UNITED STATES OF AMERICA | § | |

TYPE OF CASE:       __X__ CIVIL                               ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON PETITIONER'S HABEAS CORPUS

THIS SETTING WILL NOT BE PASSED FOR ANY REASON

DEFENSE ATTORNEY IS INSTRUCTED TO PREPARE ALL DOCUMENTATION AND COORDINATE WITH THE U.S. MARSHAL'S SERVICE THE TRANSFER OF FELIPE MOLINA-URIBE FOR THE PURPOSE OF ATTENDANCE AT THIS HEARING

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

OCTOBER 17, 2002 AT 2:00 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 9, 2002

TO:     MR. PAUL HAJJAR
        MS. PAULA OFFENHAUSER