IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | |
| | § | |
| V. | § | CR. NO. B-87-01 |
| | § | CA. NO. B-97-097 |
| UNITED STATES OF AMERICA | § | |

### MOTION FOR ISSUANCE OF WITNESS SUBPOENA

The defendant, FELIPE MOLINA-URIBE, respectfully moves the Court in accordance with Rule 17(b), Federal Rules of Criminal Procedure, and Section 1825 of Title 28, United States Code, to order the issuance of Witness Subpoena, without expense to him, for the attendance of **Chris Milner,** Attorney at Law, 3710 Rawlins, Suite 1440, Dallas, Texas 75219, (214) 526-3311 who is a material witness in the above styled and numbered cause which has been set for Hearing on Habeas Corpus on Thursday, October 17, 2002 at 2:00 P.M. in Brownsville, Texas before the Honorable John W. Black, United States Magistrate Judge.

In support of this motion, the defendant represents that (1) he is financially unable to pay the costs and fees of the witness, his financial condition at the present time being the same as it was when the Court found him eligible for appointed counsel, and (2) the presence of this witness is necessary to an adequate defense.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar Number 05314000
Southern District of Texas No. 3198

BY  /s/ Paul G. Hajjar
PAUL G. HAJJAR
Assistant Federal Public Defender
Attorney in Charge
Texas State Bar No. 8716665
Southern District of Texas No. 23573
600 E. Harrison Street, #102
Brownsville, Texas 78520
Telephone: (956) 548-2573
Fax: (956) 548-2674

AO 88 (Rev. 11/91) Subpoena in a Civi

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

FELIPE MOLINA-URIBE
V.

UNITED STATES OF AMERICA

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: CR. B-87-01
CA. B-97-097

TO: CHRIS MILNER, ATTORNEY AT LAW
3710 RAWLINS, SUITE 1440, DALLAS, TEXAS 78219
(214) 526-3311

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | HON. JOHN W. BLACK<br>2nd Floor |
| | DATE AND TIME<br>October 17, 2002<br>2:00 P.M. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| PAUL G. HAJJAR, ASSISTANT FEDERAL PUBLIC DEFENDER<br>ATTORNEY FOR DEFENDANT　*/s/ Paul Hajjar/* | September 30, 2002 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
PAUL G. HAJJAR, ASSISTANT FEDERAL PUBLIC DEFENDER
600 E. HARRISON STREET, #102, BROWNSVILLE, TEXAS 78520　　Tel: (956) 548-2573

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | |
| | § | |
| V. | § | CR. NO. B-87-01 |
| | § | CA. NO. B-97-097 |
| UNITED STATES OF AMERICA | § | |

## ORDER FOR ISSUANCE OF WITNESS SUBPOENA

The defendant, FELIPE MOLINA-URIBE having applied pursuant to Rule 17(b), Federal Rules of Criminal Procedure, for the issuance of witness subpoena without expense to him, and having made satisfactory showing that he is financially unable to pay the fees of the witness and that the presence of this witness is necessary to an adequate defense of this case in that he is a material witness for the defense.

IT IS ORDERED that witness subpoena for **Chris Milner,** Attorney at Law, 3710 Rawlins, Suite 1440, Dallas, Texas 75219, (214) 526-3311 for Hearing on Habeas Corpus on Thursday, October 17, 2002 at 2:00 P.M. in Brownsville, be issued and that the costs incurred by the process and the fees of the witness shall be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government.

DONE at Brownsville, Texas, this _____ day of October, 2002.

_____
JUDGE PRESIDING