IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 0 3 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| FELIPE MOLINA-URIBE | § | |
| --- | --- | --- |
| | § | |
| V. | § | CR. NO. B-87-01 |
| | § | CA. NO. B-97-097 |
| UNITED STATES OF AMERICA | § | |

## ORDER FOR ISSUANCE OF WITNESS SUBPOENA

The defendant, FELIPE MOLINA-URIBE having applied pursuant to Rule 17(b), Federal Rules of Criminal Procedure, for the issuance of witness subpoena without expense to him, and having made satisfactory showing that he is financially unable to pay the fees of the witness and that the presence of this witness is necessary to an adequate defense of this case in that he is a material witness for the defense.

IT IS ORDERED that witness subpoena for **Joseph Conners,** Attorney at Law, 605 E. Violet Ave., Suite #3, McAllen, Texas 78504, (956) 687-8217 for Hearing on Habeas Corpus on Thursday, October 17, 2002 at 2:00 P.M. in Brownsville, be issued and that the costs incurred by the process and the fees of the witness shall be paid in the same manner in which similar costs and fees are paid in the case of witnesses subpoenaed on behalf of the government.

DONE at Brownsville, Texas, this 2nd day of October, 2002.

_____
JUDGE PRESIDING