43

United States District Court
Southern District of Texas
FILED

OCT 17 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON PETITIONER'S HABEAS CORPUS

CIVIL ACTION NO. B-97-097          DATE & TIME:   10-17-02 AT 2:00 P.M.

FELIPE MOLINA-URIBE              PLAINTIFF(S)    PAUL HAJJAR
                                 COUNSEL

VS.

UNITED STATES OF AMERICA         DEFENDANT(S)    MARK DOWD
                                 COUNSEL

---

10-17-02
ERO: Rita Nieto
CSO: Ruben Salinas
USMS: Brandon Ratliff
Interpreter: Karen Pena

Attorneys Paul Hajjar and Mark Dowd appeared. Plaintiff Felipe Molina-Uribe was present.

Plaintiff's attorney asked the Court to hear his Motion to Withdraw. Plaintiff asked that Mr. Hajjar be removed as attorney of record and that other counsel be appointed. Motion Denied.

Mr. Hajjar presented witnesses. Mr. Dowd cross-examined.
1. Sheldon Weisfeld as an expert in criminal defense.
2. Christopher Lee Milner, former U.S. Attorney in charge of the Brownsville Division and lead counsel in the 1987 trial of Mr. Molina-Uribe.
3. Jack Wolfe, former Assistant U.S. Attorney in Brownsville and co-counsel in the 1987 trial of Mr. Molina-Uribe.
4. J. M. Ramirez, attorney in charge for the defense of Mr. Molina during the 1987 trial.

Hearing recessed at 5:25 p.m. until 10-18-02 at 9:30 a.m.