United States District Court
Southern District of Texas
FILED

44

HEARING ON PETITIONER'S HABEAS CORPUS       OCT 1 8 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-97-097              DATE & TIME:   10-18-02 AT 9:30 A.M.

FELIPE MOLINA-URIBE                    PLAINTIFF(S)   PAUL HAJJAR
                                       COUNSEL

VS.

UNITED STATES OF AMERICA               DEFENDANT(S)   MARK DOWD
                                       COUNSEL

---

10-18-02
ERO:  Rita Nieto
CSO:  Tony Yanez
USMS: Brandon Ratliff
Interpreter: Karen Pena

    Mr. Hajjar called witness.  Mr. Dowd cross examined.
5. Joseph Connors, co-counsel to Mr. Ramirez during the 1987 trial of Mr. Molina-Uribe.

    Felipe Molina-Uribe testified with the help of interpreter Karen Pena.

    Mr. Hajjar is to file his brief to be filed no later than November 21, 2002.
Mr. Dowd is to file his response no later than December 15, 2002.