| AO 435 (Rev 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | TRANSCRIPT ORDER | DUE DATE: |

Read Instructions on Back.

| 1 NAME | 2 PHONE NUMBER | 3. DATE |
|---|---|---|
| MARK M DOWD, Assistant U. S. Attorney | 956-548-2554 | October 28, 2002 |

| 4. MAILING ADDRESS | 5 CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 600 E. Harrison St. #201 | Brownsville | TX | 78550 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| B-97-097 | John Wm. Black | 10. FROM 10/17/02 | 11. TO 10/18/02 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| FELIPE MOLINA URIBE v. USA | 13 CITY Brownsville | 14 STATE Texas |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | Evidentiary Hrg | Oct 17 - Oct 18, 2002 |
| ☐ BAIL HEARING | | | |

United States District Court
Southern District of Texas
FILED
OCT 2 8 2002
Michael N. Milby
Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 1 | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE | ESTIMATE TOTAL |
|---|---|
| *Mark M Dowd* | |
| 19. DATE October 28, 2002 | PROCESSED BY |
| | PHONE NUMBER |

TRANSCRIPT TO BE PREPARED BY
JUDICIAL TRANSCRIBERS
7135 W. Tidwell
HOUSTON TX 77092

COURT ADDRESS

| ORDER RECEIVED | 10/28/02 G.M. | | |
|---|---|---|---|
| DEPOSIT PAID | -0- | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 10/28/02 | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   ORDER COPY