United States District Court
Southern District of Texas
FILED

NOV - 7 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | CASE NO. CA-B-97-097 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | OCTOBER 17, 2002 |
| UNITED STATES OF AMERICA | § | 2:10 P.M. TO 5:23 P.M. |

## HABEAS CORPUS HEARING

BEFORE THE HON. JOHN W. BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:    U.S. PUBLIC DEFENDER'S OFFICE
                      PAUL HAJJAR
                      600 E. Harrison, Suite 102
                      Brownsville, Texas 78520

For the Defendant:    U.S. ATTORNEY'S OFFICE
                      MARK DOWD
                      600 E. Harrison, Suite 201
                      Brownsville, Texas 78520

Court Recorder:       Rita Nieto

Court Interpreter:    Karen Pena

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P. O. Box 925674
Houston, Texas 77292-5675
(713) 697-4718
(713) 697-4722 (fax)

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.