United States District Court
Southern District of Texas
FILED

NOV - 7 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | CASE NO. CA-B-97-097 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | OCTOBER 18, 2002 |
| UNITED STATES OF AMERICA | § | 9:39 A.M. TO 3:38 P.M. |

### HABEAS CORPUS HEARING

BEFORE THE HON. JOHN W. BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | U.S. PUBLIC DEFENDER'S OFFICE<br>PAUL HAJJAR<br>600 E. Harrison, Suite 102<br>Brownsville, Texas 78520 |
| For the Defendant: | U.S. ATTORNEY'S OFFICE<br>MARK DOWD<br>600 E. Harrison, Suite 201<br>Brownsville, Texas 78520 |
| Court Recorder: | Rita Nieto |
| Court Interpreter: | Karen Pena |

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P. O. Box 925674
Houston, Texas 77292-5675
(713) 697-4718
(713) 697-4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.