IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | |
| | § | |
| V. | § | CR. NO. B-87-01 |
| | § | CA. NO. B-97-097 |
| UNITED STATES OF AMERICA | § | |

## MOTION FOR LEAVE TO FILE LATE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner, Felipe Molina, by and through his attorney of record, Assistant Federal Public Defender Paul G. Hajjar, and requests the Court to grant leave to file a late brief. Defendant respectfully requests a ten (10) day extension until December 1, 2002 and for cause would show the following:

An evidentiary hearing was held on October 17, 18, 2002 a transcript of that hearing was requested immediately thereafter. On November 7, 2002 the transcript was received and filed with the District Clerk. A ten (10) day extension would not prejudice either of the parties.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar Number 05314000
Southern District of Texas No. 3198

By: _____
PAUL G. HAJJAR
Assistant Federal Public Defender
Attorney-in-Charge
Texas State Bar No. 8716665
Southern District of Texas No. 23573
P.O. Box 2163
Brownsville, Texas 78522-2163
Telephone: (956) 548-2573
Fax:         (956) 548-2674

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2002, a copy of the foregoing Motion for Leave to file late brief, was hand delivered to Mr. Mark Dowd, Assistant U.S. Attorney's Office, Southern District of Texas, 600 E. Harrison, #201, Brownsville, Texas.

_____
PAUL G. HAJJAR
Assistant Federal Public Defender

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Assistant United States Attorney Mark Dowd regarding this motion and Mr. Dowd has stated that the Government does not opposed to this motion.

_____
PAUL G. HAJJAR
Assistant Federal Public Defender