IN THE SOUTHERN DISTRICT OF TEXAS
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § | |
| | § | |
| V. | § | CR. NO. B-87-01 |
| | § | CA. NO. B-97-097 |
| UNITED STATES OF AMERICA | § | |

ORDER

This Court having considered the Motion for Leave to File Late Brief in the above styled and numbered cause is of the opinion that it should be and is hereby **GRANTED**/~~DENIED~~. THE BRIEF IS TO BE FILED ON OR BEFORE 2 DEC 2002.

SO ORDERED this the 22 day of NOV, 2002, at Brownsville, Texas.

HONORABLE JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE