IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 0 8 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | C.A. No. B-97-097 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |
| (C.R. NO. B-94-095-01) | § | |

## RESPONDENT'S OPPOSED MOTION FOR LEAVE TO FILE OBJECTIONS
## TO REPORT & RECOMMENDATION OUT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government" files this Motion for leave to file objections to the U.S. Magistrate's Report and Recommendation out of time, and in support thereof would show the following:

On October 17, and 18, 2002, the U.S. Magistrate Judge conducted an evidentiary hearing relating to petitioner's motions filed pursuant to 28 U.S.C. §2255. The U.S. Magistrate Judge filed its report & recommendation granting the petitioner's motion filed pursuant to 28 U.S.C. § 2255 on March 17, 2003. The government submits it was not served with a copy of the report and recommendation, nor did it otherwise receive notice thereof, until the government received a cryptic telephone call from the Federal Public Defender's Office in Brownsville on or about April 4th,

2003, inquiring if the government had "filed anything on the Molina-Uribe case". When questioned, the Public Defender person declined to elaborate. The government immediately checked with the Clerk's Office, and only then learned of the March 17, 2003 Report. The Deputy Public Defender assigned to the case was contacted on April 7, 2003, by the undersigned. The Defender indicated he had only received the R & R within the last "week to ten days". This is consistent with at least one conversation the undersigned had with the Defender between March 17 and late March in which the Defender confirmed he hadn't received "anything" on the Molina-Uribe case. This is further indication that the notices may not have been served on the parties in a timely manner. On April 7, 2003, the undersigned contacted the Clerk's Office in Brownsville and learned that the Clerk's records confirmed the R & R was sent to the parties by scanner/fax on March 17, 2003. Their records reveal the government's copy was sent to the Houston-based AUSA who was originally assigned the §2255 case in 1988, and who remained as AUSA of record on the docket sheet. Although the Clerk's Office can confirm they attempted to send it by fax on March 17, they have not confirmed that it was received by the government. A review of the government's "mail" records reveal the Report had not been received by the government.

The government's request for leave to file late objections is made in good faith and not for the purpose of delay.

With leave of court, the government hereby objects to the U.S. Magistrate Judge's Report and Recommendation and prays that this Court will grant the government three additional days to file detailed objections to the Report.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: _____
MARK M. DOWD
Assistant United States Attorney
600 E. Harrison, # 201
Brownsville, Texas 78520
State Bar No. 06070500
Fed. Id. No. 9314
(9563) 548-2554

## CERTIFICATE OF SERVICE AND CONSULTATATION

I, Mark M. Dowd, certify that a true and correct copy of the above document has been served by placing same in the United States mail, postage prepaid, today, April 8, 2003 addressed to Paul Hajjar, Federal Public Defender, 600 E. Harrison, # 102, Brownsville, Texas, 78520

Mr. Hajjar has expressed opposition to the instant motion.

_____
Mark M. Dowd
Assistant United States Attorney

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE, | § | |
|    Petitioner, | § | |
| | § | |
| vs. | § | C.A. No. B-97-097 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|    Respondent. | § | |
| (C.R. NO. B-94-095-01) | § | |

## ORDER

It is hereby ORDERED that the government's motion for three additional days to file detailed objections to the Report & Recommendations is GRANTED. The government's objections must be filed on or before _____.

SIGNED on this the _____ day of _____ 2003 in Brownsville, Texas.

_____
JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE