54

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FELIPE MOLINA-URIBE, § | |
| Petitioner, § | |
| § | |
| vs. § | C.A. No. B-97-097 |
| § | |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |
| (C.R. NO. B-94-095-01) § | |

### ORDER

It is hereby ORDERED that the government's motion for three additional days to file detailed objections to the Report & Recommendations is GRANTED. The government's objections must be filed on or before  12 APRIL 2003 .

SIGNED on this the  9th  day of APRIL 2003 in Brownsville, Texas.

JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE