IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | § § § | |
| v. | § | Civil Action No. B-97-097 |
| | § § | |
| UNITED STATES OF AMERICA | § | |

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Petitioner Molina-Uribe filed a 28 U.S.C §2255 petition asking this Court to Vacate or Set Aside his sentence claiming his Sixth Amendment right to effective counsel was violated. The Petitioner has shown that his attorney's performance was unreasonable under the prevailing norms, and there is a reasonable probability that, but for counsel's unprofessional errors, the result would have been different. *Strickland v. Washington,* 446 U.S. 668, 694 (1984). Petitioner has asserted a claim against counsel which rises to a constitutional level and has challenged counsel's sufficiency under the Sixth Amendment. *Id.* After a *de novo* review of the record, the Court is of the opinion that the Magistrate's Report and Recommendation is hereby ADOPTED regarding claimant's relief under 28 U.S.C. §2255.

DONE this 5th day of December, 2003.

_____
Filemon B. Vela
United States District Judge