United States District Court
Southern District of Texas
FILED

JAN 2 6 2004

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JAN 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff - Respondent | § | |
| | § | CIVIL ACTION NO. B-97-097 |
| v. | § | |
| | § | CRIMINAL NO: 1:87CR00001-001 |
| FELIPE MOLINA-URIBE | § | |
|     Defendant - Petitioner | § | |

## ORDER VACATING SENTENCE

On this the 26th day of January, 2004, FELIPE MOLINA-URIBE'S Motion to Vacate the Sentence under Title 28 U.S.C. § 2255 was considered by the Court after reviewing the U.S. Magistrate Court's Report and Recommendation. After a de novo review of the record, the Court is of the opinion that the Magistrate's Report and Recommendation is hereby ADOPTED regarding claimant's relief under Title 28 U.S.C. § 2255. Based on the Magistrate's Report and Recommendation and other evidence before this Court, the Motion to Vacate the Sentence is hereby GRANTED.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Judgment of Conviction and the pronounced sentence of Life entered on May 13, 1987 in Cause No. 1:87CR00001-001, for the offense of First Degree Murder, is hereby vacated and SET ASIDE.

Done this 26th day of January, 2004

Filemon B. Vela
United States District Judge

JM/
JM