IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FELIPE MOLINA-URIBE | * |
| | * |
| v. | *   CRIMINAL NO. B-87-S1 |
| | *   CIVIL ACTION NO. B-97-097 |
| UNITED STATES OF AMERICA | * |

## GOVERNMENT'S NOTICE OF APPEAL

The Government herein gives notice of its intent to appeal to the United States Court of Appeals for the 5th Circuit from the district court's adoption of the U.S. Magistrate Judge's Report and Recommendation that Molina's motion filed under 28 U.S.C. §2255 be granted. The district court's adoption was entered on December 9, 2003. The Government's notice of appeal also relates to the district court's order vacating Molina's judgement of conviction and sentence for murder in the above criminal cause. The district court's order vacating Molina's conviction and sentence was entered on January 26, 2004.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

JAMES L. TURNER
Chief, Appellate Division
Assistant United States Attorney

Mark M. Dowd
Assistant U.S. Attorney
600 E. Harrison, # 201
Brownsville, Texas, 78520
Texas Bar No. 06070500
Federal Bar No. 9314
(956) 548-2554

## CERTIFICATE OF SERVICE

I, Mark M. Dowd, Assistant United States Attorney, certify that a true and correct copy of the above document has been served by placing same in United States mail, postage prepaid, today, February 9, 2004, addressed to:

Paul Hajjar
Asst. Federal Public Defender
Attorney for Petitioner
P.O. Box 2163
Brownsville, TX 78522-2163

_____
Mark M. Dowd
Assistant United States Attorney

2