IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FELIPE MOLINA-URIBE | * | |
| | * | |
| v. | * | CRIMINAL NO. B-87-S1-1 |
| | * | CIVIL ACTION NO. B-97-097 |
| UNITED STATES OF AMERICA | * | |

### GOVERNMENT'S TRANSCRIPT CERTIFICATION

Pursuant to Rule 10(b)(1)(B), the Government herein certifies that no transcripts will be ordered in conjunction with its appeal in the above causes. All necessary transcripts are on file with the U.S. District Clerk.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

JAMES L. TURNER
Chief, Appellate Division
Assistant United States Attorney

Mark M. Dowd
Assistant U.S. Attorney
600 E. Harrison, # 201
Brownsville, Texas, 78520
Texas Bar No. 06070500
Federal Bar No. 9314
(956) 548-2554

## CERTIFICATE OF SERVICE

I, Mark M. Dowd, Assistant United States Attorney, certify that a true and correct copy of the above document has been served by placing same in United States mail, postage prepaid, today, March 31, 2004, addressed to:

Paul Hajjar
Asst. Federal Public Defender
Attorney for Petitioner
P.O. Box 2163
Brownsville, TX 78522-2163

_____
Mark M. Dowd
Assistant United States Attorney