**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520**

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
RECEIVED
MAY 10 2004
Michael N. Milby, Clerk

04-40534

April 30, 2004

Mr. Charles R. Fulbruge, III, Clerk  
U.S. Court of Appeals - Fifth Circuit  
600 Camp Street, Room 102  
New Orleans, Louisiana 70130

Re: FELIPE MOLINA-URIBE

VS    UNITED STATES OF AMERICA

CV B-97-097  
CR B-87-001

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[X] Record of appeal consisting of __1__ Volume(s) of the record; __0__ Volume(s) of the transcript.

[ ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee _____ HAS/ _____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[ ] U.S. District Judge entering final order is_____

[ ] Court reporter assigned to this case is_____

[ ] If criminal case, number and names of defendants:_____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: *Maricela Perez*
Maricela Perez, Deputy Clerk



cc: Paul G. Hajjar  
    James L. Turner  
    File