IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

v.

FELIPE MOLINA-URIBE

C.A. No. B-97-97
Cr. No. B-87-01

### DEFENDANT'S MOTION TO HOLD FURTHER § 2255 PROCEEDINGS IN ABEYANCE PENDING THE UNITED STATES SUPREME COURT'S DISPOSITION OF DEFENDANT'S PENDING PETITION FOR WRIT OF CERTIORARI

The defendant, Felipe Molina-Uribe, moves this Court to hold further proceedings in this 28 U.S.C. § 2255 proceeding in abeyance pending the United States Supreme Court's disposition of Mr. Molina-Uribe's pending petition for writ of certiorari.

On January 26, 2004, the late Filemon B. Vela, United States District Judge for the Southern District of Texas, granted Mr. Molina-Uribe's § 2255 motion and vacated his first-degree murder conviction and life sentence. The Government appealed that order, and on August 24, 2005, the United States Court of Appeals for the Fifth Circuit reversed that order and remanded to this Court to conduct "further proceedings as appropriate." United States v. Molina-Uribe, ___ F.3d ___, 2005 WL 2766425 (5th Cir. Aug. 24, 2005) (reh'g en banc denied

10/19/2005). The Fifth Circuit's mandate issued on October 27, 2005.[1]

Mr. Molina-Uribe filed a petition for writ of certiorari – by U.S. mail – on October 27, 2005. According to the U.S. Postal Service's website, the certiorari petition has been received by the Clerk of the United States Supreme Court but apparently has not yet been docketed. The Solicitor General has not yet responded to the petition. The Supreme Court will not likely rule on the petition for at least six or eight weeks (at the minimum).

Judge Vela's order adopting the magistrate judge's report and recommendation and vacating Mr. Molina-Uribe's first-degree murder conviction and life sentence did not address all of the claims of ineffective assistance of counsel raised by Mr. Molina-Uribe. Rather, Judge Vela's order only addressed one of those claims of ineffectiveness (namely, the allegation that trial counsel pursued a bizarre "conspiracy theory" of the defense with no support in the evidence). See 3/17/2003 Report and Recommendation of United States Magistrate Judge John W. Black, at pp. 5-6 (setting forth all of the distinct allegations of ineffective assistance of counsel). The remaining allegations have not been addressed.

To promote judicial economy, Mr. Molina-Uribe requests that this Court not

---

[1] Mr. Molina-Uribe has not moved to stay the issuance of the Fifth Circuit's mandate. Undersigned counsel believes that doing so is unnecessary in this case because this Court possesses the discretion simply to postpone further proceedings until the Supreme Court rules on his pending petition for writ of certiorari.

address those remaining claims of ineffectiveness until the United States Supreme Court rules on Mr. Molina-Uribe's petition for writ of certiorari. In the event the Supreme Court were to grant certiorari and reverse the judgment of the Fifth Circuit, there would be no need for this Court to rule on the remaining, unresolved allegations of ineffective assistance of counsel.

Undersigned counsel has conferred with counsel for the Government, Assistant United States Attorney Paula Offenhauser, regarding the Government's position on this motion. Ms. Offenhauser informed undersigned counsel that the Government is opposed to this motion.

A proposed order is attached.

                    Respectfully submitted,

                    MARJORIE A. MEYERS
                    Federal Public Defender
                    Southern District of Texas
                    Texas State Bar No. 14003750
                    Southern District of Texas No. 3233

                    By: /s Brent E. Newton
                    BRENT E. NEWTON
                    Asst. Federal Public Defender
                    Attorney-in-Charge
                    Texas State Bar No. 00788115
                    Southern District of Texas No. 16759
                    P. O. Box 61508
                    Houston, Texas 77208-1508
                    Telephone: 713.718.4600

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of November, 2005, a copy of the foregoing was served by hand-delivery to Assistant United States Attorney Paula Offenhauser.

<u>/s Brent E. Newton</u>
BRENT E. NEWTON
