IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

v.

FELIPE MOLINA-URIBE

C.A. No. B-97-97
Cr. No. B-87-01

**ORDER**

The defendant's motion to hold further proceedings in this case in abeyance (on remand from the Court of Appeals) is granted. No further proceedings will be conducted pending the United States Supreme Court's disposition of defendant's pending petition for writ of certiorari.

It is so ordered.

Signed on this ___ day of _____, 2005, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE