IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff-Respondent, § | |
| § | |
| vs. § | C.A. No.  B-97-97 |
| § | C.R. No.  B-87-01 |
| § | |
| FELIPE MOLINA-URIBE, § | |
| Defendant-Movant. § | |

## ORDER

Upon consideration of Molina's Motion to Stay Further Proceedings and the Government's response to the Motion, it is the conclusion of this Court that Molina's Motion should be and is DENIED.

It is hereby ORDERED  that Molina's instant Motion is DENIED.

SIGNED this _____ day of _____ 2005.


_____
UNITED STATES MAGISTRATE  JUDGE