United States Court of Appeals
Fifth Circuit

**FILED**
August 24, 2005

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

---
No. 04-40534
---

D.C. Docket No. 1:87-CR-1-ALL
1:97-CV-97

United States District Court
Southern District of Texas
**FILED**

NOV - 1 2005

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

FELIPE MOLINA-URIBE

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before GARWOOD, SMITH, and CLEMENT, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

ISSUED AS MANDATE: OCT 27 2005

A true copy
Test

Clerk, U.S. Court of Appeals, Fifth Circuit
By_____Sabrina B Short_____
Deputy

New Orleans, Louisiana  OCT 27 2005