IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
|     Plaintiff - Respondent, § | |
| § | CIVIL ACTION NO. B-97-097 |
| VS. § | |
| § | CRIMINAL ACTION NO. 1:87CR001-01 |
| FELIPE MOLINA-URIBE § | |
|     Defendant - Petitioner. § | |

# ORDER

On January 26, 2004, the Honorable Filemon B. Vela signed an order in the above-referenced civil action granting the § 2255 Motion to Vacate the Judgment and vacated Mr. Molina-Uribe's conviction for the offense of First Degree Murder and the sentence previously imposed for that conviction. The Government subsequently appealed and on August 24, 2005, the Fifth Circuit reversed this decision. This decision has the effect of reinstating the conviction and corresponding life sentence. The opinion and judgment were received by this Court on November 1, 2005. In addition to reversing the January 26, 2004 Order, it remanded the cause to the Court for further proceedings. The Fifth Circuit decision is now the subject of a petition for writ of certiorari to the United States Supreme Court. No decision has been reached as to whether that Court will proceed further. This Court, in recognition of the time involved in such an appeal, hereby orders the following:

    1.    The January 26, 2004 order of Judge Vela vacating the conviction for murder and setting aside the life sentence is hereby vacated.

    2.    The judgment of conviction for killing a special agent of the Drug Enforcement Agency and the resulting life sentence previously entered against Mr. Molina-Uribe are hereby reinstated pending a further decision by the United States Supreme Court.

3. This Court will postpone hearing any further proceedings in this matter pending the outcome of the action in the United States Supreme Court.

4. After the final ruling by that Court, this Court will hold a status conference to consider if and when further hearings need to be held pursuant to the Fifth Circuit order of remand.

5. Since the sentence has been reinstated and the order vacating the judgment reversed, Mr. Molina-Uribe stands convicted just as he was prior to filing his § 2255 action.

6. Therefore, pending further orders from the United States Supreme Court and/or further proceedings and orders from this Court, Mr. Molina-Uribe is to be returned to the custody of the Bureau of Prisons to serve the sentence contained in the judgment of May 20, 1987. The United States Marshal's Service is hereby ordered to effectuate this transfer to the appropriate facility designated by the Bureau of Prisons.

Signed this 17th day of February, 2006.

_____
Andrew S. Hanen
United States District Judge