United States District Court
Southern District of Texas
FILED

APR 0 5 2006

Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
**FILED**

APR 0 4 2006

CHARLES R. FULBRUGE III
CLERK

**Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

March 27, 2006



Clerk
United States Court of Appeals for the Fifth Circuit
600 Camp Street
New Orleans, LA 70130

B-97-cv-97

Re: Felipe Molina-Uribe
v. United States
No. 05-7320
(Your No. 04-40534)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk