# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 on **April 24, 2006**. All correspondence expected to arrive at the court on or after April 24, 2006 must be sent to this address.

April 4, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

  No. 04-40534 USA v. Molina-Uribe
  USDC No. 1:87-CR-1-ALL
         1:97-CV-97

Enclosed is a copy of the Supreme Court order denying certiorari.

  Sincerely,

  CHARLES R. FULBRUGE III, Clerk

  By: _____
    Charlene Vogelaar, Deputy Clerk
    504-310-7648

MDT-1