"USCA5 Case Processing" <USCA5_CaseProcessing@ca5.uscourts.gov>

04/04/2006 06:04 PM

Please respond to "USCA5 Case Processing" <USCA5_CaseProcessing@ca5.uscourts.gov>

To  "Michael Milby" <Butch_Barbosa@txs.uscourts.gov>
cc
bcc
Subject  Activity in case 04-40534 USA v. Molina-Uribe, Spct order dn cert received

United States Court of Appeals, 5th Circuit

Notice of case processing

The following entry was docketed:

Case number: 04-40534
Case name: USA v. Molina-Uribe
Lower court: 1:97-CV-97

Docket text:
04/04/06 Supreme Court order received denying petition certiorari [5304240-1] by Appellee Felipe Molina-Uribe on 03/27/06. [04-40534]

See attached documents.

 
mdt1form.rtf.wpd.pdf   5412814.pdf