# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

June 29, 2006

United States District Court
Southern District of Texas
FILED

JUL - 3 2006

Michael N. Milby, Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

       No. 04-40534 USA v. Molina-Uribe
       USDC No. 1:87-CR-1-ALL
                1:97-CV-97

The following is (are) returned:

Original Record on Appeal, ( 12 ) Vols.

Original Exhibits, ( ) Box      ( 2 ) Envs. (1 -SEALED)
                 ( ) Package  ( ) Roll

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By: _____
                Chris P. Descant, Deputy Clerk
                504-310-7704

REC-3