IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL NO. B-97-097 |
| FELIPE MOLINA-URIBE | § § | |

# ORDER

The court hereby orders that a status conference will be conducted on **September 27, 2006** at **9:00 a.m.** Upon receipt of this order, all counsel are to fax this order to all other counsel of record.

Signed this 22nd day of September, 2006.

Andrew S. Hanen
United States District Judge

cc:   Paul Hajjar
      Mark Dowd