IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-97-097<br>(also docketed in Criminal<br>Action No. 1:87CR001-01) |
| FELIPE MOLINA-URIBE<br>　　Defendant | § § | |

# ORDER

The Fifth Circuit Court of Appeals reversed the order entered by Judge Vela vacating the Petitioner's conviction. Petitioner sought a writ of certiorari from the Supreme Court of the United States. That petition was denied.

Based upon those rulings, this Court hereby vacates the December 5, 2003 order of Judge Vela adopting the Report and Recommendation of the Magistrate Judge, and the January 26, 2004 order of Judge Vela vacating the judgment and reinstates the conviction for the offense of First Degree Murder and the judgment (and all of its terms, including the life sentence entered on May 13, 1987, and conditions) in Cause No. 1:87CR00001-001.

Signed this 27th day of September, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Andrew S. Hanen
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge