IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  §<br>    Plaintiff - Respondent,   §<br>                                              §   CIVIL ACTION NO. B-97-097<br>VS.                                       §<br>                                              §   CRIMINAL ACTION NO. B-87-001-01<br>FELIPE MOLINA-URIBE           §<br>    Defendant - Petitioner.       § | |

# ORDER

On this the 27th day of September, 2006, the Court, in an effort to avoid further confusion and to streamline filings, hereby orders that all future filings related to the conviction of Felipe Molina-Uribe and the effort to set that conviction aside be filed under the Civil Action Cause No. B-97-097. The criminal file Criminal Action No. B-87-001-01 will remain closed until and unless there is a need to do otherwise.

This order is to be filed in both cause numbers with copies to all counsel of record.

Signed this 27th day of September, 2006.

_____
Andrew S. Hanen
United States District Judge