# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

United States District Court
Southern District of Texas
FILED

July 16, 2007

JUL 1 8 2007

Michael N. Milby
Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

   No. 04-40534   USA v. Molina-Uribe
   USDC No.   1:87-CR-1-ALL
              1:97-CV-97

The following is (are) returned:

Original Record on Appeal,   ( 12 ) Vols.

Original Exhibits,   ( 2 ) Env. (1-SEALED)

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        Laura Miles, Deputy Clerk
                        504-310-7807

REC-3